IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| C. MICHAEL KAMPS, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. SA-13-CV-929-OLG |
| BAYLOR UNIVERSITY, ET AL., | § § § | |
| *Defendants*. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On this date the Court considered the Memorandum and Recommendation (docket no. 51) of United States Magistrate Judge John W. Primomo in which he recommends that the Court GRANT Defendants' motion to dismiss (docket no. 25) and DISMISS Plaintiff's Age Discrimination Act ("ADA") claims.

Plaintiff filed objections thereto (as amended, docket no. 57). When a party objects to a Magistrate Judge's Memorandum and Recommendation, the Court must make a *de novo* determination of those portions of the memorandum or proposed findings or recommendations to which objection is made. *Kreimerman v. Casa Veerkamp, S.A. de C.V.*, 22 F.3d 634, 646 (5th Cir. 1994); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). After conducting an independent review of the entire record, a *de novo* review of the matters raised by Plaintiff's objections, and the applicable law, this Court concludes the Magistrate Judge's Memorandum and Recommendations should be accepted.

Therefore, having considered all of the papers filed in this case, the Magistrate Judge's Memorandum and Recommendation, and the Plaintiff's objections thereto, it is ORDERED that the United States Magistrate Judge's Memorandum and Recommendation is ACCEPTED

pursuant to 28 U.S.C. § 636(b)(1), and all of Plaintiff's claims are hereby DISMISSED WITH PREJUDICE. The Clerk of the Court shall close this case upon entry of this Order.

It is so ORDERED.

SIGNED this 20 day of December, 2013.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE