AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC 2 0 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| C. MICHAEL KAMPS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-13-CV-929-OLG |
| BAYLOR UNIVERSITY, ET AL. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   It is ORDERED that the United States Magistrate Judge's Memorandum and Recommendation is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1), and all of Plaintiff's claims are hereby DISMISSED WITH PREJUDICE. The clerk of the Court shall close this case upon entry of this Order.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Orlando L. Garcia on a motion to dismiss.

Date:  12/20/2013

CLERK OF COURT

_____
Robert F. Flkaig
*Signature of Clerk or Deputy Clerk*